## WM. G. ROE & COMPANY v. J. FRED ARCHER.

192 So. 402

Division A

Opinion Filed December 5, 1939

*McKay, Macfarlane, Jackson & Ramsey,* for Plaintiff in Error;

*Bucklew & Allison* and *Leroy Allen,* for Defendant in Error.

PER CURIAM.—The only question presented in this case is the sufficiency of the evidence to sustain the verdict. An examination of the record convinces us there was no reversible error; therefore, the judgment is affirmed.

Affirmed.

So ordered.

TERRELL, C. J., and BUFORD and THOMAS, J. J., concur.

WHITFIELD, J., concurs in opinion and judgment.

Justices BROWN and CHAPMAN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.